# Order

Michigan Supreme Court
Lansing, Michigan

June 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154776(57)

VANESSA OZIMEK,
      Plaintiff-Appellant,

v

LEE J. RODGERS,
      Defendant-Appellee.

SC: 154776
COA: 331726
Wayne CC: 13-109046-DC

_____/

      On order of the Chief Justice, the motion of the Legal Services Association of Michigan to file a brief amicus curiae in this matter is GRANTED. The amicus brief submitted on May 26, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2017



Clerk